RECEIVED
SEP 21 2026
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Francis Paul Xavier
Name
1703 West 36th Ave, Apt C
Mailing address
Anchorage, Alaska 99517
City, State, Zip
907 201 0430 / 907-
Telephone

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

Francis Paul Xavier,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

State of Alaska,

__________,

__________,

(Enter full names of defendant(s) in this action. Do NOT use *et al.*)

Defendant(s).

Case No. 3:26-cv-00332-ACP
(To be supplied by Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

__________

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Francis Paul Xavier, (print your name)

who presently resides at 1703 West 36th Ave, Apt C, Anchorage, AK 99517 (mailing address)

were violated by the actions of the individual(s) named below.

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1,______________________________________ is a citizen of
(name)
______________, and is employed as a______________________________________.
(state) (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,______________________________________ is a citizen of
(name)
______________, and is employed as a______________________________________.
(state) (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,______________________________________ is a citizen of
(name)
______________, and is employed as a______________________________________.
(state) (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about May of 1985 (Date), my civil right to due process

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by State of Alaska

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I was wrongfully convicted of a murder charge, and I was a witness to the crime that was committed by the defendant Isaac Bob, who was the person who committed the murder. I wasn't aware of another witness, until the attorney said I should plea out even though I did not commit the murder.

Claim 2: On or about May of 1985, my civil right to
(Date)

due Process

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by ______________________
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

The attoney did not serousily represented me as a witness to the murder I did not commit, and I was a witness to a ~~hme~~ murder who comait the crime and being a witness I have made a statement stating that I wasn't aware of another witness and Dale Curda was the attorney that asked to pleg to a murder I did not comitted.

Claim 3: On or about ______________________________, my civil right to
(Date)

______________________________________________________________
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by ______________________________________________
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. Lawsuit 1:

Plaintiff(s):________________________________________

Defendant(s):________________________________________

Name and location of court:________________________________

Docket number:___________ Name of judge:_____________________

Approximate date case was filed: __________ Date of final decision: __________

Disposition: ______ Dismissed ______ Appealed ______ Still pending

Issues Raised:________________________________________

b. Lawsuit 2:

Plaintiff(s):________________________________________

Defendant(s):________________________________________

Name and location of court:________________________________

Docket number:___________ Name of judge:_____________________

Approximate date case was filed: __________ Date of final decision: __________

Disposition: ______ Dismissed ______ Appealed ______ Still pending

Issues Raised:________________________________________

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $________________

2. Punitive damages in the amount of $ ______________

3. An order requiring defendant(s) to ______________

4. A declaration that ______________

5. Other: ______________

Plaintiff demands a trial by jury. X Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Anchorage Alaska on 9/19/2026
(Location) (Date)

Francis Paul Xavier
(Plaintiff's Original Signature)

______________ ______________
Original Signature of Attorney (if any) (Date)

______________

______________

______________

Attorney's Address and Telephone Number